*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

Submitted June 24, affirmed July 20, petition for review denied November 23, 2022 (370 Or 472)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID JAMES RAY ROGERS,
*Defendant-Appellant.*

Lane County Circuit Court
19CR39444; A174274

Clara L. Rigmaiden, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

JAMES, P. J.

Affirmed. *State v. Reinke*, 354 Or 98, 309 P3d 1059, *adh'd to as modified on recons*, 354 Or 570, 316 P3d 286 (2013); *State v. Newkirk*, 319 Or App 131, 509 P3d 757 (2022).